# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Joyner, Sherita | ) | Case No. 15-10742 (BLS) |
| | ) | |
| Debtor. | ) | |

## MOTION TO MODIFY PLAN

**COMES NOW**, Debtor, Sherita Joyner, (hereinafter "Debtor") by and through her undersigned counsel, Cynthia L. Carroll, Esquire, and requests this Honorable Court to permit her to modify her Chapter 13 Plan pursuant to 11 U.S.C. Section 1329 based on the following:

1. Debtor filed her Chapter 13 Plan on April 28, 2015.

2. Debtor's Chapter 13 Plan was approved on January 21, 2016.

3. Debtor is filing the 1st Modified Chapter 13 Plan to include mortgage arrears, cure trustee arrears and include additional attorney's fees.

4. The Debtor has proposed this 1st Modified Chapter 13 Plan in good faith.

**WHEREFORE**, the Debtor requests that she be permitted to modify her Plan. (See attached.)

Respectfully submitted,

**CYNTHIA L. CARROLL, P.A.**

/s/ Cynthia L. Carroll
Cynthia L. Carroll, Esquire
262 Chapman Road, Suite 108
Newark, DE  19702
(302) 733-0411 (Telephone)
(302) 733-0511 (Facsimile)
Attorney for Debtor

Dated: August 8, 2016