**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: ) | | Chapter 13 |
|     Joyner, Sherita ) | | |
| ) | | Case No. 15-10742 (BLS) |
|     Debtor. ) | | |
| ) | | |

## 1ST MODIFIED CHAPTER 13 PLAN

**NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1**

The future earnings of the Debtor are submitted to the supervision and control of the Court and the Debtor's employer shall pay to the Trustee the sum of **$405.00** (monthly) for the remaining **46** months of the plan for a total plan length of **60** months.

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. 507.

    (A) Debtor's Counsel Fees and Costs: **$3,335.00**, to be paid through the plan **(in the first 11 installments pro-rata with the payments in paragraph 2B below)**: (Debtor has paid $165.00 Retainer plus $3,335.00 in plan for a total of $4,000.00 in Attorney Fees to be paid through this plan. The Debtor has also paid Court Filing Fees and out of pocket costs**; plus additional attorney's fees of $750.00 for motion for relief representation.**)

    (B) Taxes: Upon confirmation, once the proof of claim as filed has been paid, the debt is paid in full and discharged, including all interest and penalties, except nothing herein alters the application of the discharge provisions of the Bankruptcy Code, including those as set forth in 11 U.S.C. §§ 1328(a)(2), and 523(a).

    - New Castle County 2010-2015 Sewer Charges: **$5,895.07**

    (C) Other property or Administrative Expenses:

    - Student Loan Debt: All student loan debt is to be paid direct by the Debtor outside of this plan. No payments are to be made to any student loan through this plan.

2. Pro-rata with or subsequent to dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   (A) Long term or mortgage debt: Mortgage: 29 Balfour Avenue: Post-petition arrears in the amount of **$3,557.95** (which represents the 2/1/2016 through 7/1/2016 payments and also includes attorney's fees and costs to Suntrust) to be paid to **Suntrust** Bank through this plan. Debtor shall continue to make regular post-petition payments directly to **Suntrust Bank,** beginning May, 2015.  This section of the Plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1 (b)(ii) and the parties shall be so governed. The Debtor(s) reserves their right to object to this Creditor's claim post-confirmation.

   (B) Secured Vehicle Debt:  Pro-rata payments to **Branch Banking & Trust**  in the amount of **$5,486.40** (NADA Value of $4,875.00 plus 4.75% TILL interest) for the **2004 Ford Mustang**.

   (C) Other secured debt: **N/A**

3. Subsequent dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

   - General unsecured creditors will be paid a percentage of their allowed claim on a pro-rata basis.

4. The following leases and executory contracts of the Debtor will be treated as follows: **N/A**

5. Except for undistributed plan payments held by the Trustee, title to Debtor's property shall revest in the Debtor on confirmation of the Plan. Upon conversion of this case to Chapter 7, or dismissal, the Trustee is authorized to disburse undistributed payments to allowed claimants in accordance with this Plan.

6. Other special provisions of the Plan: **N/A**

7. A proof of claim must be filed in order to share in distributions under the plan.  A proof of claim may be filed either electronically or as paper.  To file an electronic claim, go to the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs and Services tab, the select Filing a Claim.  Click on "Submit a

Proof of Claim" link and follow the instructions.  Once the necessary information is entered the form will be automatically generated.  To obtain a claim form to file a paper claim, go to the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Forms tab.  Select All Forms from the drop down menu, the select B10-Proof of Claim.  Completed paper claims should be delivered or mailed to United States Bankruptcy court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

| | |
|---|---|
| /s/ Debtor signed previous plan on file | 8/8/16 |
| Debtor's Signature | Date |

| | |
|---|---|
| /s/ Cynthia L Carroll | 8/8/16 |
| Cynthia L. Carroll, Esquire | Date |

262 Chapman Road, Suite 108
Newark DE  19702
(302) 733-0411 (Telephone)
(302) 733-0511 (Facsimile)
Attorney for Debtor


8/8/16: Modified to cure post-petition mortgage arrears to Suntrust; to correct balanced owed to NCC; to correct property address in paragraph 2A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**IN RE: Joyner, Sherita**           **Case No: 15-10742 (BLS)**

## 1ST MODIFIED CHAPTER 13 PLAN ANALYSIS

Debtor: Joyner, Sherita          Case No.: 15- 10742 (BLS)

Prior: Bankruptcy ()   Chapter 13 ()          Date:

Estimated Length of Plan: 60 months          Trustee Use:

§341 Meeting Date:          Continued:

Confirmed Date:

TOTAL DEBT PROVIDED FOR UNDER
THE PLAN AND ADMINISTRATIVE EXPENSES

| | |
|---|---:|
| Total Priority Claims (Class One) | $ |
| Unpaid attorney's fees | $ 4,085.00 |
| Taxes | $ 5,895.07 |
| Other | $ |
| Total of Payments to Cure Defaults (Class Two) | $ 7,696.73 |
| Total of Payments on Secured Claims (Class Three) | $ 5,486.40 |
| Total of Payments on Unsecured Claims (Class Four) | $ |
| Sub-total | $ 23,163.20 |
| Total Trustee's Compensation (10% of debtor's payments) | $ |
| Total Debt and Administrative Expenses | $25,479.52 |

RECONCILIATION WITH CHAPTER 7

Interest of Class Four Creditors If Chapter 7 Filed
1. Value of Debtor's Interest in Non-exempt Property     $
2. Plus: Value of Property Recoverable Under Avoiding powers     $
3. Less: Estimated Chapter 7 Administrative Expense     $
4. Less: Amounts Payable to Priority Creditors other than costs of administration     $

5.  Equals: Estimated Amount Payable to Class Four
Creditors if Chapter 7 Filed (if negative, enter zero)     $_____
Estimated Dividend Under Plan     $_____

| | |
|---|---|
| /s/ Debtor signed previous plan on file | 8/8/16 |
| Debtor's Signature | Date |

| | |
|---|---|
| /s/ Cynthia L Carroll | 8/8/16 |
| Cynthia L. Carroll, Esquire | Date |

262 Chapman Road, Suite 108
Newark DE  19702
(302) 733-0411 (Telephone)
(302) 733-0511 (Facsimile)
Attorney for Debtor